BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00075-AWI |
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| FERNANDO SANCHEZ-MADUENO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference before Judge Mendez on June 23, 2015. On June 19, 2015, Judge Mendez ordered that this case be related to case numbers 1:99-cr-5064 AWI and 1:99-cr-5103 AWI and reassigned to Judge Ishii, and vacated the June 23, 2015 status conference.

2. By this stipulation, the defendant now moves to set the matter for status conference before Judge Ishii on July 27, 2015 at 10:00 am, and to exclude time between June 24, 2015 through and including July 27, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 358 pages of discovery, primarily taken from the defendant's immigration file. This

1

1   discovery has been produced to counsel for the defendant.

2      b) Counsel for the defendant desires additional time to investigate his client's case. In particular, the defendant's counsel requires time to reviewing the discovery provided by the government to the former defense counsel, confer with his client, and engage in negotiations with the government regarding a potential resolution of the case.

   c) Counsel for the defendant believes that failure to grant the above-requested relief would deny him the reasonable time necessary for effective preparation, consideration of potential resolutions, and consultation with his client, taking into account the exercise of due diligence.

   d) The government does not object to and joins the request.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested and excluding time outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 24, 2015 to July 27, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 24, 2015                                        BENJAMIN B. WAGNER
                                                                             United States Attorney

                                                                             /s/ *Katherine T. Lydon*
                                                                             KATHERINE T. LYDON
                                                                             Assistant United States Attorney

Dated:  June 24, 2015                                        */s/ Charles Lee*
                                                                             *(as authorized)*
                                                                             CHARLES LEE
                                                                             Counsel for Defendant
                                                                             Fernando Sanchez-Madueno

**ORDER**

IT IS SO ORDERED.

Dated:   June 24, 2015                                     _____
                                                                             SENIOR  DISTRICT  JUDGE

3